

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:    Roland Jackson and Kim Jackson v. Donald Jefferson

Appellate case number:    01-15-00344-CV

Trial court cause:    1058307

Trial court:    County Civil Court at Law No. 1 of Harris County, Texas

Appellants, Roland Jackson and Kim Jackson, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals); 1st Tex. App. (Houston) Loc. R. 4 (governing electronic filing). Accordingly, the Court has directed me to notify appellants that this appeal is subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3 (allowing involuntary dismissal).

Appellants must pay the required fees **within 10 days** of the date of this notice or the Court may dismiss the appeal. *See* TEX. R. APP. P. 42.3.

Clerk's signature:    _____

Date:    October 15, 2015_____

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 23 2015

CHRISTOPHER A. PRINE

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 1W
0001372104 OCT. 14. 2015

7736885019 C
77002 02066

CASE NO. 01-15-00344-CV
ROLAND JACKSON
3630 CYPRESSDALE
SPRING, TX 77388

NIXIE        773        FE 1009        0010/21/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699        *0133-07713-15-00